# UNITED STATES DISTRICT COURT
for
## NORTHERN DISTRICT OF CALIFORNIA
Honolulu, Hawaii Venue

**FILED**
JUN 0 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Marjorie Carroll      Docket No.: CR 05-00151-01 MJJ

Name of Sentencing Judge: Susan Oki Mollway
U.S. District Judge

Date of Original Sentence: December 13, 1999

Original Offense:
Count 1: Possession With Intent to Distribute Cocaine Base Within 1,000 Feet of a Public Playground, 21 U.S.C. §§ 841(a)(1) and 860(a), a Class B felony

Original Sentence: 51 months imprisonment, six years supervised release
Special Conditions: Drug/alcohol treatment; mental health treatment; access to financial information; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; shall not enter the "Operation Weed and Seed" target area; $100 special assessment

Prior Form(s) 12:

On May 18, 2004, the Court the added special condition that the Ms. Carroll serve up to 180 days community confinement in a community corrections center, following release from imprisonment as arranged by the Probation Office.

On October 7, 2004, the Court added the special condition that Ms. Carroll serve up to an additional 90 days in a community corrections center to assist her with her release planning.

On February 28, 2005, transfer of jurisdiction was accepted by the Northern District of California.

Type of Supervision: Supervised Release      Date Supervision Commenced: May 20, 2004
Assistant U.S. Attorney:                                     Defense Counsel: (Appointed)

NDC-SUPV-FORM 12B(1) 03-23-05

Marjorie Carroll  
CR 05-00151-01

Page 2

## Petitioning the Court

To modify the conditions of supervision as follows:

The defendant shall reside for a period of up to 180 days, to commence as directed by the U.S. Probation Officer, in a Community Treatment Center, and shall observe the rules of that facility.

### Cause

Of late, Ms. Carroll has had a difficult adjustment. She has abided by her conditions of supervised release; however, due to a recent operation she has lost her employment and is experiencing financial difficulties, and is suffering from depression. On May 27, 2005, she approached this officer and requested a modification of her supervision to allow her to return to the community corrections center. She believes, and I concur, that this placement will assist her with finding another job, increase her savings to allow for an affordable place to live upon her release.

Address of offender:   235 Eddy Street #25  
San Francisco, CA 94102

Respectfully submitted,

_____  
Alan K. Ahlstrand  
U.S. Probation Officer

Reviewed by:

_____  
Sheila John  
Supervisory U.S. Probation Officer

Date Signed: May 27, 2005

---

THE COURT ORDERS:

☑ To modify the conditions of supervision as follows:  
   The defendant shall reside for a period of up to 180 days, to commence as directed by the U.S. Probation Officer, in a Community Treatment Center, and shall observe the rules of that facility.  
☐ Submit a request for summons  
☐ Other:

_6/8/2005_  
Date

_____  
Martin J. Jenkins  
U.S. District Judge

NDC-SUPV-FORM 12B(1) 03/23/05