IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05-0151 MJJ |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER RE: STIPULATED MOTION TO CONTINUE |
| v. | ) | |
| MAJORIE CARROLL, | ) | |
| Defendant. | ) | |

The parties having stipulated, and Good Cause appearing, the motion to continue the status hearing on a supervised release violation from November 3, 2006 to 2:00 p.m. on November 9, 2006 in the San Francisco Courthouse is granted.

IT IS SO ORDERED.

Dated: 10/31/2006

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

1